

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT L. LEACH,

                                      Case:3:18-cv-12313
                                        Judge: Cleland, Robert H.
                                        MJ: Grand, David R.

Plaintiff,                       Filed: 07-24-2018 At 11:29 AM
-VS-                                  CMP KIRT LEACH V MICHAEL J. BOUCHAR
                                        D, ET AL (LG)

MICHAEL J. BOUCHARD et al,
OAKLAND CO DEPUTY FAGAN,
UNKNOWN OAKLAND CO SHERIFF DEPUTIES et al,

            Defendants,

_____/

## COMPLAINT FOR CIVIL ACTION

NOW COMES, KURT L. LEACH, Plaintiff presently filing in Pro Per, and Forma Pauperis that is a

FREE U.S. Citizen(and NOT a "Prisoner", per 28 USC 1915 et seq), Who hereby moves this Honorable

U.S. District Court For Eastern District of Michigan Southern Division, pursuant to 42 U.S.C. 1983 et seq

through 42 USC 1986 et seq; Federal Civil RICO, 18 USC 1961-1968; Federal Anti-Kickback Act et seq;

and/or any/all other applicable Federal Statutes on violations of clearly established Federal Civil Rights

and Federal Law as determined by the U.S. Supreme Court, by filing this herein Plaintiff's Pro Se

Complaint For Civil Action, based upon any/all of the following:

## PARTIES PRESENTED

(1) That Plaintiff KURT L. LEACH is a Free U.S. Citizen(and NOT a Prisoner, 28 USC 1915 et seq)

that is Disabled and Indigent(ie, living below Federal Poverty Guidelines on SSI/SSD/Food Stamps) that

resides at 59 Pingree, Pontiac, Michigan 48342. Who possesses the capacity to sue the Defendants for

blatantly violating and/or conspiring to violate the Plaintiff's clearly established Federal Civil Rights,

1

Federal Statutes/Laws, and their U.S. Constitutional Rights protected under Equal Protection of Law as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(2) That Defendant MICHAEL J. BOUCHARD, is the Elected Oakland Co Sheriff that resides at 1201 N. Telegraph Rd. Who possesses the cap, Pontiac, Mich 48342. Who possesses the capacity to be sued for acting under/outside the color of State Law in his official-capacity, and personal-capacity for blatantly violating and/or conspiring with Co-Defendants et al to violate clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(3) That Defendant OAKLAND CO SHERIFF DEPUTY FAGAN(1612), that resides at 1201 N. Telegraph Rd. Pontiac, Mich 48342. Who possesses the capacity to be sued for acting under/outside the color of State Law in her official-capacity, and personal-capacity for blatantly violating and/or conspiring with Co-Defendants et al to violate Plaintiff's clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(4) That Defendant UNKOWN OAKLAND CO SHERIFF DEPUTIES et al, that resides at 1201 N. Telegraph Rd. Pontiac, Mich 48342. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacity, and personal-capacity for blatantly violating and/or conspiring with Co-Defendants et al to violate Plaintiff's clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

## JURISDICTION

(5) That this Pro Se Disabled Tax Exempt Plaintiff states that he resides within this Honorable United States District Court For The Eastern District of Michigan Southern Division's Jurisdiction, and that Defendant(s) et al violated and/or conspired to violate this Plaintiff of his clearly established Federal Civil Rights, Federal Law and Federal Constitutional Rights within this Honorable United States District Court For The Eastern District of Michigan Southern Division's Jurisdiction. See 28 USC 1343.

## FIRST FEDERAL CLAIM FOR ACTION

(6) On **MAY 5,2018**, at approximately 4;50 PM in Oakland County, Mich in the City of Pontiac at Saginaw and Whitfield/|Rundell Streets. The Defendant Unknown Oakland Co Sheriff Dept Deputy wrote this Pro Se Plaintiff a Civil Infraction Violation for "Disobey Stop Sign" for Civil Infraction Number 180S17887; and ordered this Pro Se Plaintiff to appear before 50nd District Court at 70 N. Saginaw St, Pontiac, Mich 48342 on JUNE 13,2018.

(7) On **JUNE 13,2018**, This Plaintiff personally appeared at the 50nd District Court at 70 N. Saginaw St, Pontiac, Mich 48342 to be arraigned according to Federal Law before a duly Elected Trial Court Judge or Magistrate for Civil Infraction Violation by Oakland Co Sheriff Deputies with dozens of other Citizen-Defendants. Instead, Defendants- Oakland Co Sheriff Deputy Fagan and a Unknown Oakland Co Sheriff Deputy took over Courtroom 101 in the 50th District Court, and then Maliciously and Corruptly acted without Subject Matter as Judges/Magistrates to accept Guilty Pleas in the 50th District Court, in order, to lawfully generate revenue for the Oakland Co Sheriff Department and the 50th District Court through threats, coercion, intimidation, "Ticket Sharing", Fixing Tickets, and/or to fulfill job required "ticket quotas" as ALL corrupt Police Depts are and the Oakland Co Sheriff Deputy Co-Defendants are required to do. This Plaintiff plead Not Guilty, Demanded to see the Judge; and was given another

3

time to appear again before other Oakland Co Deputies(acting judges) that unlawfully dismissed Civil Infraction.

(8) On JULY 11,2018, This Pro Se Plaintiff was retaliated against by Defendant Oakland Co Deputy Fagan  by being a written a false/retaliatory ticket for Speeding, Impeding Traffic and Defective Brakes on M-59 for contesting/challenging Defendant Oakland Co Deputy Fagan et al unlawfully acting Maliciously and Corruptly as a Judge in the 50th District Court that continues to this day.

(9) This Plaintiff states as his claim upon which relief should be granted in based upon the fact. That the Defendant Michael Bouchard et al has violated clearly established Federal Civil RICO laws, and this Pro Se Plaintiff's clearly established Due Process Right under Equal Protection of the Law by: (a) failing to train, advise, and order his Unknown Oakland Co Sheriff Deputy Co-Defendants NOT to act as Judges/Magistrates; (b) failing to train, advise, and order Unknown Oakland Co Sheriff Deputy Co-Defendants NOT to threaten, coerce, intimidate citizen Defendants to plea Guilty to civil infractions to unlawfully generate revenue for the Oakland Co Sheriff Dept; and/or (c) failing to train, advise, and order Unknown Oakland Co Sheriff Deputy Co-Defendants not to interfere with the clearly established equal protection due process rights to access the courts as required by Federal Law to conduct a Equal Protection Due Process Hearing before depriving this Plaintiff of clearly established Right NOT to be deprived of Property without Equal Protection Due Process of Law, as determined by the U.S. Supreme Court and protected under the First and Fourteenth Amendments of the U.S. Constitution.

## SECOND FEDERAL CLAIM FOR ACTION

(10) This Plaintiff states as his claim upon which relief should be granted in based upon the fact. That the Defendant Michael Bouchard et al has violated clearly established Federal Civil RICO laws, and/or the Federal Anti-Kick Back Statute(s) by: (a) intentionally engaged in racketeering by

4

entering into contract with Adler's Towing Co throughout Oakland County to unlawfully receive a financial kickback profit for every motor vehicle towed by Adler's Towing Co as reflected on every towing bill; (b) intentionally engaged in racketeering entering into contract with Adler's Towing Co to unlawfully have Adler Towing Co tow motor vehicles in violation of State Law to deprive this Plaintiff and General Public of Property without Equal Protection Due Process of Law or conducting Inventory Search reflecting all property in vehicles, not just contraband; and/or (c) intentionally engaged in racketeering entering into contract with Adler's Towing Co to unlawfully receive a financial kickback profit for every motor vehicle auctioned by Adler's Towing Co.

## THIRD FEDERAL CLAIM FOR ACTION

(11) That this Plaintiff states as his claim upon which relief should be granted is based upon the fact. That the Defendant Michael Bouchard and all his Unknown Oakland Co Deputies et al are currently violating this Plaintiff and any/all U.S. Citizens Equal Protection not to be Discriminated based upon this Plaintiff's U.S. Citizenship Nationality to seperate U.S. Citizens from their Children when they are arrested, but NOT illegal alien nationals when they are arrested for misdemeanors and felonies throughout Oakland County, Michigan because the illegal aliens nationals have illegal alien children with them in blatant violation of Federal Law, Federal Civil Rights, and clearly established Equal Protection Right under the 14th Amendment of the United States Constitution NOT to be disciminated against because of his Nationality, Race, Gender, or Sex.

## FOURTH FEDERAL CLAIM FOR ACTION

(12) That this Plaintiff states as his claim upon which relief should be granted is based upon the fact. That Plaintiff hereby demands/requests that this Honorable U.S. District Court Judge to issue an immediate Order For Preliminary Injunction. Because there is a strong likelihood that this Plaintiff

5

committed by the Defendants et al in violation of clearly established Federal Law as determined by the U.S. Supreme Court.

## DEMAND FOR JURY TRIAL

(15) That this Pro Se Plaintiff states that he has stated a claim upon which relief should be granted against any/all of the Plaintiff's herein Federal Claims For Action, and that a reasonable Juror would rule/decide in Plaintiff's favor that Defendant(s) et al while acting under and outside the color of law blatantly violated Plaintiff's clearly established Federal Civil Rights, Federal Constitutional Rights and hereby demands a Jury Trial by Right. FRCVP Rule 38.

(16) In conclusion, This Plaintiff's pro se pleadings cannot be held same standards as those drafted by attorney as held/ruled by the United States Supreme Court and accept Plaintiff allegations as true, unless they are clearly irrational or wholly incredible, unless it appears 'beyond doubt that the Plaintiff can prove no set of facts in support of his claim which would entitle him/his to relief.

clearly established Federal Civil Rights and/or Federal Constitutional Rights to Seek Redress from the Government/Courts under Due Process of Law by filing the herein meritorious Federal Civil Action Complaint;

(C) That this Honorable U.S. District Court issue an "ORDER For Preliminary Injunctive Relief" against Defendants et al from any further imminent "retaliation, harassment, coercion, threats, and intimidation" against this Pro Se Plaintiff for being lawfully engaging in exercising his Federal Constitutional Right under Equal Protection of Law, and Due Process of Law Seeking Redress against/from the Government/Courts" by filing this meritorious Federal Complaint For Civil Action as protected under Federal Laws, and protected the 1st and 14th Amendments of the US Constitution as determined by the US Supreme Court;

(D) That this Honorable U.S. District Court Judge to issue ORDER for Jury Trial for the herein Plaintiff, in order, to actual, compensatory, treble, and/or punitive damages from the Defendants et al in the sum of $1,000,000(ie, One Million Dollars) on any/all Federal Claims For Action asserted by this Pro Se Plaintiff against any/all Defendant(s) et al found to be acting OUTSIDE of their Official-Capacities, and/or in their Individual-Capacities for violating clearly established Federal Laws; State Laws, Customs, Policies, Procedures, and this Plaintiff's clearly established Federal Civil Rights protected under Federal Law for blatantly violating and/or conspiring to violate this Plaintiff's clearly established Federal Constitutional Rights to Life, Liberty, Pursuit of Happiness, and Property under Equal Protection Due Process of Law and Access to the Courts, pursuant to 42 U.S.C. 1983 et seq through 42 USC 1986 et seq; Federal Civil RICO, 18 USC 1961-1968; and the First and Fourteenth Amendments of the United States Constitution, as determined by the U.S Supreme Court, as all circumstances should dictate and Justice would so demand.

9

I/Plaintiff declares that the above statements are true to the best of my personal knowledge, information, and belief under penalty of perjury. See 28 USC 1746 et seq.

Date: 7-24 2018

Respectfully Submitted,

XC: Defendants
   File

PLAINTIFF IN PRO PER
KIRT L. LEACH
59 PINGREE
PONTIAC, MICH 48342
(248) 678-4061

10

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

County in which action arose: _Oakland_

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KURT L. LEACH

## DEFENDANTS
Michael J. Bouchard et Al

**(b)** County of Residence of First Listed Plaintiff  OAKLAND
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  OAKLAND

NOTE:

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE

Attorn
N/A

Case:3:18-cv-12313
Judge: Cleland, Robert H.
MJ: Grand, David R.
Filed: 07-24-2018 At 11:29 AM
CMP KIRT LEACH V MICHAEL J. BOUCHAR
D, ET AL (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983 et seq through 42 USC 1986 et seq; Federal Civil RICO, 18 USC 1961-1968; Federal Anti-Kickback Act et seq
Brief description of cause:
Defendants/Police unlawfully acting as Judges in State Courthouse; Police engaged in RICO Activities, and violation of Federal Laws.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.  DEMAND $ 100,000.00  CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE  July 24, 2018  July 24 2018

SIGNATURE OF ATTORNEY OF RECORD  *Kurt Leach*

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.       · Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.       Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____